IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.

| | |
|---|---|
| LYDIA WALTER AND JOHN WALTER, JR., <br>     Plaintiff | ) <br> ) <br> ) |
| v. | ) <br> ) |
| NICHOLAS ANDREW AND CAPITAL TRACTOR, INC. <br>     Defendants | ) <br> ) <br> ) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

### PARTIES

1. The Plaintiff, LYDIA WALTER, is a natural person residing at 148 Lee Trace Drive, Smithfield, Johnson County, North Carolina.

2. The Plaintiff, JOHN WALTER, JR., is a natural person residing at 148 Lee Trace Drive, Smithfield, Johnson County, North Carolina.

3. The Defendant, NICHOLAS ANDREW, is a natural person residing at 35 Van Ness Avenue, Greenwich, Washington County, New York.

4. The Defendant, CAPITAL TRACTOR, INC., is a New York corporation having a usual place of business at 1135 State Route 29, Washington County, New York.

### COUNT I
### Negligence – Lydia Walter v. Nicholas Andrew

5. On or about September 22, 2016, the Plaintiff, LYDIA WALTER, was a passenger in a motor vehicle operating southbound on Route 91, in the city of Springfield, Hampden County, Massachusetts.

6. On or about September 22, 2016, the Defendant, NICHOLAS ANDREW, was operating a motor vehicle southbound on Route 91, in the City of Springfield, Hampden County, Belchertown, Massachusetts.

7. On or about September 22, 2016, the Defendant, NICHOLAS ANDREW, negligently and carelessly operated his motor vehicle, thereby striking the vehicle in which the Plaintiff was a passenger.

8. As a direct and proximate result of the negligence of the Defendant, NICHOLAS ANDREW; the Plaintiff has suffered great pain of body and mind, was disabled and continues to suffer permanent physical injuries, has lost wages and income, has incurred medical expenses in excess of $2,000.00, suffered loss of relations with her spouse and suffered other miscellaneous financial injury.

WHEREFORE, the Plaintiff, LYDIA WALTER, demands judgment against the Defendant, NICHOLAS ANDREW, for an award of damages in an amount considered by this Honorable Court to be fair and just, along with interest and costs of suit.

## COUNT II
### Negligence/Agency – Lydia Walter v. Capital Tractor, Inc.

9. The Plaintiff repeats, realleges and incorporates by reference the allegations in Paragraphs 1 through 8 as if specifically contained herein.

10. On September 22, 2016, the Defendant, CAPITAL TRACTOR, INC., CONSTRUCTION INC. was the registered owner of the motor vehicle operated by the Defendant, NICHOLAS ANDREW, which was involved in a collision with the Plaintiff, LYDIA WALTER.

11. At the time of the collision between the Plaintiff, LYDIA WALTER, and the Defendant, NICHOLAS ANDREW; the Defendant, NICHOLAS ANDREW, was operating a motor vehicle under the control and ownership of the Defendant, CAPITAL TRACTOR, INC.

12. At the time of the collision between the Plaintiff, LYDIA WALTER, and the Defendant, NICHOLAS ANDREW; the Defendant, NICHOLAS ANDREW, was operating CAPITAL TRACTOR, INC.'S vehicle as the agent of the Defendant, CAPITAL TRACTOR, INC. .

13. As a direct and proximate result of the negligence of the Defendant, NICHOLAS ANDREW; the Plaintiff has suffered great pain of body and mind, was disabled and continues to suffer permanent physical injuries, has lost wages and income, has incurred medical expenses in excess of $2,000.00, suffered loss of relations with her spouse and suffered other miscellaneous financial injury.

WHEREFORE, the Plaintiff, LYDIA WALTER, demands judgment against the Defendant, CAPITAL TRACTOR, INC., for an award of damages in an amount considered by this Honorable Court to be fair and just, along with interest and costs of suit.

## COUNT III
### Negligent Entrustment – Lydia Walter v. Capital Tractor, Inc.

14. The Plaintiff repeats, realleges and incorporates by reference the allegations in Paragraphs 1 through 13 as if specifically contained herein.

15. The Defendant, CAPTIAL TRACTOR, INC., negligently entrusted its motor vehicle to the Defendant, NICHOLAS ANDREW, all the while knowing or having reason to know that he was likely to injure someone in the course of his operation of the motor vehicle.

16. As a direct and proximate result of the negligence of the Defendant, CAPITAL TRACTOR, INC.; the Plaintiff has suffered great pain of body and mind, was disabled and continues to suffer permanent physical injuries, has lost wages and income, has incurred medical expenses in excess of $2,000.00, suffered loss of relations with her spouse and suffered other miscellaneous financial injury.

WHEREFORE, the Plaintiff, LYDIA WALTER, demands judgment against the Defendant, CAPTIAL TRACTOR, INC., for an award of damages in an amount considered by this Honorable Court to be fair and just, along with interest and costs of suit.

## COUNT IV
### (Loss of Consortium – John Walter, Jr. v. Nicholas Andrew)

17. The Plaintiff repeats, realleges and incorporates by reference the allegations in Paragraphs 1 through 16 as if specifically contained herein.

18. The Plaintiff, JOHN WALTER, JR., is the spouse of the Plaintiff, LYDIA WALTER; and as such is a person entitled by law to the care, comfort, services, and consortium of the Plaintiff, LYDIA WALTER.

19. As a result of the negligence of the Defendant, NICHOLAS ANDREW; the Plaintiff, JOHN WALTER, JR., sustained the loss of the care, comfort, services, and consortium of her spouse, the Plaintiff, LYDIA WALTER.

WHEREFORE, the Plaintiff, JOHN WALTER, JR., demands judgment against the Defendant, NICHOLAS ANDREW, for an award of damages in an amount considered by this Honorable Court to be fair and just, along with interest and costs of suit.

## COUNT V
### (Loss of Consortium – John Walter, Jr. v. Capital Tractor, Inc.)

20. The Plaintiff repeats, realleges and incorporates by reference the allegations in Paragraphs 1 through 19 as if specifically contained herein.

21. The Plaintiff, JOHN WALTER, JR., is the spouse of the Plaintiff, LYDIA WALTER; and as such is a person entitled by law to the care, comfort, services, and consortium of the Plaintiff, LYDIA WALTER.

22. As a result of the negligent agency and entrustment of the Defendant, CAPITAL TRACTOR, INC., the Plaintiff, JOHN WALTER, JR., sustained the loss of the care, comfort, services, and consortium of her spouse, the Plaintiff, LYDIA WALTER.

WHEREFORE, the Plaintiff, JOHN WALTER, JR., demands judgment against the Defendant, NICHOLAS ANDREW, for an award of damages in an amount considered by this Honorable Court to be fair and just, along with interest and costs of suit.

PLAINTIFFS RESPECTFULLY DEMAND THAT ALL ISSUES OF FACT BE TRIED BEFORE A JURY.

        THE PLAINTIFFS,
        LYDIA WALTER AND JOHN WALTER, JR.

By: _____
        Michael J. Chernick, Esquire
        One Monarch Place
        1414 Main Street
        Suite 1100
        Springfield, MA 01144
        (413) 733-1312
        (413) 733-2624 - fax
        BBO No. 543616

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Lydia Walter and John Walter, Jr.

### DEFENDANTS
Nicholas Andrew and Capital Tractor, Inc.

**(b)** County of Residence of First Listed Plaintiff: **Johnson County, NC**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Washington County, NY**
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Michael J. Chernick, Esq.
One Monarch Pl., 1414 Main St., Ste. 1100, Springfield, MA 01144
413-733-1312

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question *(U.S. Government Not a Party)*
- ☒ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation - Transfer
- ☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 USC 1332

Brief description of cause:
Diversity of citizenship - personal injury - motor vehicle accident

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 1,500,000.00

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE 3/11/19

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____